**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6681**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL DENNIS OLDS,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, District Judge. (CR-96-30-F, CA-99-15-7-F)

─────────────

Submitted:  September 30, 1999        Decided:  October 6, 1999

─────────────

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Michael Dennis Olds, Appellant Pro Se.  John Samuel Bowler, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Dennis Olds seeks to appeal the district court's order denying the government's motion to reduce his sentence under Fed. R. Crim. P. 35(b), and denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We dismiss the appeal from the denial of the Rule 35(b) motion because the order is not reviewable. <u>See</u> <u>United States v. Pridgen</u>, 64 F.3d 147, 149-50 (4th Cir. 1995) (holding that "[18 U.S.C.] § 3742(a) governs the instances in which a defendant may appeal a district court ruling on a Rule 35(b) motion . . . [and] does not permit [a defendant] to appeal the refusal of the district court to depart downward from, or reduce his sentence within, the applicable guideline range"). As for the denial of § 2255 relief, we have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss that portion of the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Olds</u>, Nos. CR-96-30-F; CA-99-15-7-F (E.D.N.C. May 7, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2